UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Application of<br><br>PNC BANK, N.A.,<br><br>For an Order Authorizing Alternative Means of Service of Subpoenas and Issuance of Subpoenas Related to a New York Limited Liability Company | Case No. 21 Misc. _____<br><br>**ORDER AUTHORIZING ALTERNATIVE MEANS OF SERVICE OF SUBPOENAS AND ISSUANCE OF SUBPOENAS** |

Upon the Application for Order Authorizing Alternative Means of Service of Subpoenas and Issuance of Subpoenas dated July 30, 2021 ("Application"), the corresponding Memorandum of Law, Declaration in Support thereof of Helen Mosothoane dated July 30, 2021 (the "Declaration"), and the exhibits annexed thereto, and upon all the pleadings, proceedings and papers heretofore had herein,

NOW, on motion of McGlinchey Stafford, the attorneys for Applicant PNC Bank, N.A. ("PNC"), it is

ORDERED, that the Application is granted; and it is further

ORDERED, that PNC may serve document subpoenas and deposition subpoenas ("California Subpoenas") in connection with that certain federal lawsuit pending in the U.S. District Court for the Central District of California styled as *Dreher v. PNC Bank, N.A., et al.*, Case No. 2:18-cv-07827-MWF-FFM (the "Action"), on Dreambuilder Investments, LLC ("Dreambuilder"), a limited liability company organized under the laws of the State of New York and defaulted defendant in the via certified mail and first-class mail to the following addresses: (1)

30 Wall Street, 6th Floor, New York, NY, 10005; and (2) 228 Park Ave. South, #51100, New York, NY, 10003; and it is further

ORDERED, that PNC may serve the California Subpoenas in connection with the Action on Peter J. Andrews ("Andrews") via certified mail and first-class mail to (1) 55 Liberty St., Apt. 12C, New York, NY 10005; (2) 55 Liberty St., Apt. 13C, New York, NY 10005; and (3) 55 Liberty St., Apt. 14C, New York, NY 10005; and it is further

ORDERED, that PNC may serve the California Subpoenas on Andrews, in both his individual capacity and as an officer of Dreambuilder, via his e-mail address, pandrews@dreambuilder.net; and it is further

ORDERED, that the Deputy Clerk of this Court shall issue a document subpoena and deposition subpoena to Dreambuilder in substantially similar form as the California Subpoenas, samples of which are attached as Exhibit H and Exhibit I to the Declaration, so that they may be served on Dreambuilder through the New York Department of State.

Enter:

_____
U.S. DISTRICT COURT JUDGE