USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
PNC BANK, N.A., :
                       Petitioner, :
: 21-MC-611 (VEC)
      -against- :
: ORDER
:
DREAMBUILDER INVESTMENTS, LLC; PETER J. :
ANDREWS, :
                       Respondents. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 10, 2021, Petitioner filed a motion to compel Respondents to comply with document and deposition subpoenas, Dkt. 9;

WHEREAS on September 17, 2021, the Court ordered that any response in opposition to the motion to compel was due no later than Friday, October 1, 2021, Dkt. 11;

WHEREAS the Court informed the parties that if Respondents do not respond to the motion by the deadline, the Court will presume that they do not object and the Court will grant the motion, *id.*;

WHEREAS Petitioner served their motion and the Court's order on Respondents by email and certified mail, *id.*;

WHEREAS Petitioner filed proof of service on the docket, Dkts. 12–14; and

WHEREAS Respondents did not respond to the motion to compel by the deadline;

IT IS HEREBY ORDERED that Petitioner's motion to compel is GRANTED.

IT IS FURTHER ORDERED that Respondents must serve documents in response to the documents subpoenas served on them in August 2021 by no later than Thursday, October 21, 2021.

IT IS FURTHER ORDERED that Respondent Dreambuilder Investments LLC must appear for and participate in a deposition on Monday, October 25, 2021 at 11:30 A.M. at McGlinchey Stafford, 112 West 34th Street, Suite 1515, New York, New York 10120.

IT IS FURTHER ORDERED that Respondent Peter J. Andrews must appear for and participate in a deposition on Thursday, October 28, 2021 at 11:30 A.M. at McGlinchey Stafford, 112 West 34th Street, Suite 1515, New York, New York 10120.

The Clerk of Court is respectfully directed to terminate the open motion at docket entry 9 and to close this case.

**SO ORDERED.**

**Date: October 14, 2021**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**