USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
: 
PNC BANK, N.A., :
                            Petitioner, :
:     21-MC-611 (VEC)
        -against- :
:     ORDER
:
DREAMBUILDER INVESTMENTS, LLC; PETER J. :
ANDREWS, :
                            Respondents. :
:
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 14, 2021, the Court granted Petitioner's motion to compel, Dkt. 16;

      WHEREAS on November 19, 2021, Petitioner filed a motion for contempt and requested that the Court order the U.S. Marshal to arrest Respondent Peter Andrews, Dkt. 17;

      WHEREAS on November 21, 2021, the Court ordered Respondents to show cause why they should not be held in contempt and sanctioned, Dkt. 18;

      WHEREAS Respondents' response to Petitioner's motion for contempt is due no later than December 30, 2021 and Petitioner's reply is due no later than December 31, 2021, Dkt. 24;

      WHEREAS a contempt hearing is currently scheduled for Tuesday, January 4, 2022 at 10:30 A.M., *id.*;

      WHEREAS if Respondents comply with the Court's order granting Petitioner's motion to compel (Dkt. 16) and Petitioner informs the Court of Respondents' compliance in advance of the contempt hearing, then the Court will cancel the hearing and deny Petitioner's motion for contempt as moot;

WHEREAS the January 4, 2022 hearing is scheduled to take place in person, in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007; and

WHEREAS the number of COVID-19 cases in New York City has spiked recently given the emergence and proliferation of the Omicron variant.

IT IS HEREBY ORDERED that the contempt hearing, scheduled for Tuesday, January 4, 2022 at 10:30 A.M., will take place by remote teleconference.  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 0611.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

IT IS FURTHER ORDERED that Petitioner must serve this Order on Respondents' counsel, Vito M. Roppo, and on Peter Andrews via email at cms@dreambuilder.net and pandrews@dreambuilder.net and by mail to Peter Andrews, 228 Park Ave. South, #51100, New York, NY 10003 and must file proof of service on the docket by no later than **Monday, December 27, 2021**.

**SO ORDERED.**

Date:  **December 22, 2021**
      **New York, NY**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**