```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/07/2022
```



# COLOSSEUM COUNSEL
*Attorneys at Law*

Vito M. Roppo, Esq.  
Vito@fightforme.com  
James R. Chillemi, Esq.  
James@fightforme.com  
Dave Wilson, Esq.  
Dave@fightforme.com  

3811 Airport Pulling Rd. Ste. 203  
Naples, FL 34105  
Tel: 239-631-8160  
Fax: 239-529-2315  

**January 7, 2021**

**VIA E-MAIL: CaproniNYSDChambers@nysd.uscourts.gov**
**Honorable Valerie Caproni**
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 1007

    **Re:**    **PNC Bank, N.A. v. Dreambuilder Investments, LLC** *et al*
              **21-MC-611 (VEC)**

Dear Honorable Judge Caproni:

    I write this letter in response to the endorsement order dated December 17, 2021 (ECF 27) on my behalf. Pursuant to this Courts direction, I am required to file a notice of appearance on behalf of Peter Andrews and Dreambuilder Investments, LLC in this Court by today's deadline. Because I am not barred in the United States District Court of the Southern District of New York, it is my understanding that I must first move to be admitted *pro hac vice* prior to filing a notice of appearance.

    On January 6, 2022, I filed my Motion to Appear Pro Hac Vice with what I believed to be all of the paperwork necessary and paid the court fee of $200.00. Today, January 7, 2022, the Clerk indicated that it is not acceptable to use a Certificate of Good Standing by the Florida Bar, and that I will need to use one from the Supreme Court of Florida. With this understanding, I immediately paid for and ordered a Certificate of Good Standing from the Supreme Court of

Florida, however, they mail out hard copies of the Certificate of Good Standing (see attached receipt).

      Because this will take time to receive, I am currently unable to be admitted Pro Hac Vice, and thus file my notice of appearance. I hereby ask that this honorable Court extend the deadline set by fourteen days in order for me to receive my Certificate of Good Standing by the Florida Supreme Court so that I may properly refile my Motion to Appear Pro Hac Vice and then my notice of appearance.


Kind regards,

/s/ Vito M. Roppo

# MyPaymentPortal Payment Receipt

noreply@mypaymentportal.com <noreply@mypaymentportal.com>

Fri 1/7/2022 1:59 PM

To: Vito Roppo <vito@fightforme.com>

Your payment has been successfully processed

Cert of Good Standing Reciept Number : 33098466

01/07/2022 01:47 PM

**Your Order Summary**

Amount: $7.0
Service Fee: $0.25
Total: $7.25

**Credit Card Information**

Name on Card: Vito Roppo
Card Number: ************0566