

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2022



**Margaret J. Cascino**
Attorney at Law

T 646.362.4062   F 646.417.6719
mcascino@mcglinchey.com

McGlinchey Stafford PLLC
112 West 34th Street, Suite 1515
New York, NY 10120

January 14, 2022

**MEMO ENDORSED**

VIA ECF
Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 1007

RE:   Case:        PNC Bank, N.A. v. Dreambuilder Investments, LLC, *et al.*
      Cause No.:   21-MC-611 (VEC)

Dear Honorable Judge Caproni:

Our office represents the petitioner PNC Bank, N.A. ("PNC") in the above-referenced matter. On November 19, 2021, our office filed a motion for contempt against respondents Dreambuilder Investments, LLC and Peter J. Andrews (collectively, "Respondents") based upon Respondents failure to comply with subpoenas issued by this Court for the production of documents and for a deposition. *See* Docket Entry 17. Yesterday, Mr. Andrews appeared for a deposition. The deposition was continued until Wednesday, January 19, 2022 for additional testimony.

Based upon Respondents' recent willingness to voluntarily comply with the subpoenas, PNC respectfully withdraws its contempt motion (Docket Entry 17) without prejudice at this time and asks this Court to vacate the Order to Show Cause (Docket Entry 18), which is currently returnable on January 19, 2022.

We appreciate the court's time and attention. Please do not hesitate to contact the undersigned with any questions.

Sincerely,
*s/ Margaret J. Cascino, Esq.*

Margaret J. Cascino, Esq.

cc:   Vito Roppo, Esq., *via e-mail vito@fightforme.com*

mcglinchey.com

Albany   Baton Rouge   Birmingham   Boston   Cleveland   Dallas   Fort Lauderdale   Houston
Irvine   Jackson   Jacksonville   Nashville   New Orleans   **New York City**   Washington, DC

Application GRANTED.

Because Petitioner has withdrawn its motion for sanctions, the Court denies that motion without prejudice as moot. The briefing deadlines and the hearing, currently scheduled for Wednesday, January 19, 2022 at 10:30 A.M., *see* Dkt. 31, are canceled.

The Clerk of Court is respectfully directed to close the open motion at docket entry 17. The Clerk is further directed to vacate the Court's order to show cause at docket entry 18.

SO ORDERED.

Date: January 14, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE